

**FILED**
May 8, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:09MJ00148-JAM
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
FRANKLYN MCKESSON, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __FRANKLYN MCKESSON__ , Case No. __2:09MJ00148-JAM__ , Charge __18USC § 1512(b)(3)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __  Release on Personal Recognizance

 __  Bail Posted in the Sum of $_____

 X  Unsecured Appearance Bond  *10,000.00*

 __  Appearance Bond with 10% Deposit

 __  Appearance Bond with Surety

 __  Corporate Surety Bail Bond

 ✔  (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 8, 2009__ at __2:00 pm__ .

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Copy 5 - Court