C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
ERIC GENE PIOTROWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-09-0232 GEB |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER |
| vs. | |
| ERIC GENE PIOTROWSKI, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Status Conference on Friday, July 31, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for the United States, AUSA Michelle Rodriguez, who has agreed, subject to the court's approval, to continue this matter until Friday, September 4, 2009, at 9:00 a.m.

Counsel is currently discussing a possible resolution of this matter. We are requesting the additional time for further discussion, and consideration of plea agreements.  I am also currently in a three-defendant, three-jury murder-for-hire case in the state superior court.  All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for Friday, July 31, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. to Friday, September 4, 2009, at 9:00 a.m.. We further stipulate to the exclusion of

time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   7/29/09                         /s/ C. Emmett Mahle

                                                                                                                    C. EMMETT MAHLE
Attorney for Defendant
ERIC GENE PIOTROWSKI

DATED:   7/29/09                         /s/ Michelle Rodriguez

                                                                                                                     MICHELLE RODRIGUEZ
Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for July 31, 2009, is hereby continued to September 4, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr..   Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: 8/3/09

                                                             U.S. District Judge