C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
ERIC GENE PIOTROWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-09-0232 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| ERIC GENE PIOTROWSKI, | TO CONTINUE STATUS CONFERENCE |
| Defendant. | |

STIPULATION

This matter is currently scheduled for Status Conference on Friday, September 4, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. I have contacted counsel for the United States, AUSA Michelle Rodriguez, who has agreed, subject to the court's approval, to continue this matter until Friday, September 11, 2009, at 9:00 a.m.

Counsel is currently discussing a possible resolution of this matter. We are requesting the additional time for further discussion, and consideration of plea agreements.  I will be out of state on September 4, 2009, and will not be available. However, the parties are very close to agreeing to a disposition on this case and will likely be able to resolve it on September 11, 2009. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for Friday, September 4, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr. to Friday, September 11, 2009, at 9:00 a.m.. We further stipulate to the

- 1 -

exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   8/31/09              /s/ C. Emmett Mahle

C. EMMETT MAHLE
Attorney for Defendant
ERIC GENE PIOTROWSKI

DATED:   8/31/09              /s/ Michelle Rodriguez

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for September 4, 2009, is hereby continued to September 11, 2009, at 9:00 a.m., in the courtroom of the Honorable Garland E. Burrell, Jr..   Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: 9/3/09

GARLAND E. BURREL, JR
U.S. District Judge