```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>   v.<br>ERIC GENE PIOTROWSKI,<br>              Defendant.<br>_____ | CR. NO. S-09-232-GEB/ggh<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING BEFORE U.S. MAGISTRATE COURT AND PROPOSED ORDER** |

HEREBY, the United States by AUSA Michelle Rodriguez, and defendant Piotrowski, with his attorney, C. Emmett Mahle, stipulate and request that the above captioned matter be scheduled on September 15, 2009 at 2:00 pm in U.S. Magistrate Court for entry of a guilty plea to the misdemeanor offense charged in Count 1 of the underlying indictment (18 U.S.C. § 704(b) and (d) - False Claim of Award of Military Decorations and Medals).

For the preparation of the Magistrate Court, a copy of the fully executed plea agreement is attached.  The original, fully signed, plea agreement will be submitted for filing with the Magistrate Court on September 15, 2009 at 2:00 pm during the change of plea / FRCP 11 proceedings.

STIPULATION / ORDER SETTING CHANGE OF PLEA HEARING        1

The defendant, Eric G. Piotrowski, and his defense counsel, C. Emmett Mahle, have agreed to this appearance.

```
                              LAWRENCE BROWN
                              Acting United States Attorney

Dated: 9/11/09                  M. Rodriguez
                          By:_____
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney


Dated: 9/11/09                  M. Rodriguez (for C. Emmett Mahle
                                           by consent on 9/11/09)
                          By:_____
                              C. EMMETT MAHLE, ESQ.
                              Attorney for Piotrowski
```

------------------------------------------------

**SO ORDERED.**

Dated: 9/14/09

   /s/ Gregory G. Hollows
   _____
   HON. GREGORY G. HOLLOWS
   U.S. MAGISTRATE COURT JUDGE

piotrowski.ord

STIPULATION / ORDER SETTING CHANGE OF PLEA HEARING                       2