1 BENJAMIN B. WAGNER
U.S. Attorney
2 MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2700

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8

9 UNITED STATES OF AMERICA,      )    CR. NO.  09-232-GEB/ggh
                    Plaintiff,   )
10     v.                        )
                                 )    MOTION TO DISMISS COUNT TWO
11 ERIC GENE PIOTROWSKI,         )    AND ORDER
                    Defendant.   )
12 _____)

13                           **MOTION**

14     HEREBY, the United States moves that this Court enter an

15 order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without

16 prejudice Count Two of the Indictment in the above referenced case,

17 CR No 09-232-GEB/ggh, against defendant Piotrowski.

18 DATED: 12/2/09                 BENJAMIN WAGNER
                                  U.S. Attorney
19                                     /s/Michelle Rodriguez
                                  By _____
20                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
21                           **ORDER**

22     The United States' motion to dismiss without prejudice Count

23 Two of the Indictment in the above referenced case, CR No 09-232-

24 GEB/ggh, against defendant Piotrowski is GRANTED.

25 Dated:  December 2, 2009

26

27 _____
   GARLAND E. BURRELL, JR.
28 United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28