BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2773

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ERIC PIOTROWSKI,<br><br>          Defendant. | Cr. No. S-09-00232 GGH<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING, and ORDER<br><br>DATE:  November 30, 2010<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

**PETITION**

On November 30, 2009, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Gregory G. Hollows:

1.  The defendant shall serve a one-year term of court probation, subject to the following terms:

    a.  The defendant shall complete 200 hours of unpaid community service at a Veteran's Hospital or similar facility for United States Veterans. Within 30 days of commencement of court probation, the defendant shall provide the Court verification or enrollment in community service. Two months prior to the termination of supervision, the defendant shall provide proof of the completion of community service hours.

///

PETITION AND ORDER                                               1

Hereby, the United States charges that the defendant has violated this condition as follows:

1. The defendant has completed none of the community service;
2. The defendant has not provided written verification of enrollment in community service; and,
3. The defendant has not provided proof of complection of community service hours.

On November 24, 2010, the defendant essentially admitted these violations to a U.S. Probation Officer, namely USPO Richard Elkins. Also, on November 24, 2010, an FBI Special Agent telephonically contacted the defendant and informed him that the United States would be seeking revocation of court probation and of the intended hearing date. Defendant Piotrowski thereafter confirmed that he would be at the Courtroom of Judge Hollows at 9:00 am on November 30, 2010.

Accordingly, the United States petitions this Court to toll the termination of court probation and to add this matter on its November 30, 2010 calendar at 9:00 am for a probation revocation hearing to allow the defendant to show cause why the probation granted on November 30, 2009 should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 24, 2010                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/Michelle Rodriguez
                                                MICHELLE RODRIGUEZ
                                                Assistant U.S. Attorney

///

PETITION AND ORDER                                                    2

**ORDER**

FOR THE REASONS SET FORTH HEREIN, IT IS HEREBY ORDERED AS FOLLOWS:

1. As of the date of this order, the previously prescribed time within which to complete court probation is tolled;
2. This matter shall be placed on the Court's ~~November 30~~ Dec. 13, 2010 @ 9:00 calendar, Courtroom No. 9 - 13th Floor, for a probation revocation hearing and to allow the defendant to show cause why the probation granted on November 30, 2009 should not be revoked.

Dated: November 29, 2010

_____
Hon. GREGORY G. HOLLOWS
United States Magistrate Judge

PETITION AND ORDER                                                    3